WILLIAM KRAMER SCHMIDT and Another, as Administrators, etc., of WILLIAM KRAMER, Deceased, v. ACIERNOS AMUSEMENT CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MILTON GOLDBERG, an Infant, etc., v. ELIZABETH ADELMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before January 5, 1929, with notice of argument for January 29, 1929. Order of October 26, 1928, resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN GOLDBERG v. ELIZABETH ADELMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before January 5, 1929, with notice of argument for January 29, 1929. Order of October 26, 1928, resettled. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NICHOLAS KUSHNICK v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES DIECKMANN, as Administrator, etc., of SOPHIE DIECKMANN, Deceased, v. FREDERICK W. DIECKMANN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MABEL POTTER DAGGETT, Deceased.— Motion to dismiss appeal denied, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Intermediate Judicial Settlement of the Account of Proceedings of EDWARD J. DWYER and FRANK W. SMITH, as Trustees, etc., of DANIEL BUCKLEY, Deceased.— Motion to dismiss appeal denied, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELLEN PETERSON v. THE FORDHAM CORNICE WORKS, INC.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DELAWARE DISTRIBUTING COMPANY v. PETER MARTORI, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 15, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GENE MASON and Another v. ALEXANDER PANTAGES.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 11, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.